UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DAEWOO LOGISTICS CORP.,                         :     08 Civ. 1293 (PKL)
                                                :
                     Plaintiff,                 :     ECF CASE
                                                :
        - against -                             :
                                                :
J.K. INTERNATIONAL PTY. LTD.,                   :
                                                :
                     Defendant.                 :
----------------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

        NONE.

Dated: February 8, 2008
      New York, NY

                The Plaintiff,
                DAEWOO LOGISTICS CORP.

                By: _____
                    Kevin J. Lennon

                LENNON, MURPHY & LENNON, LLC
                The Gray Bar Building
                420 Lexington Ave., Suite 300
                New York, NY 10170
                (212) 490-6050
                facsimile (212) 490-6070
                kjl@lenmur.com