USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAEWOO LOGISTICS CORP..,    :    08 Civ. 1293 (PKL)

    Plaintiff,    :    ECF CASE

- against -    :

J.K. INTERNATIONAL PTY. LTD.,    :

    Defendant.    :
------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL AND RELEASE OF FUNDS

PLEASE TAKE NOTICE, there having been no appearance from Defendant, that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Fed. R. Civ. P. 41(a).

The attachment is hereby vacated and the garnishees are directed to release any and all of Defendant's funds restrained pursuant to the Ex Parte Order and Process of Maritime Attachment and Garnishment as per wire remittance instructions that will be separately furnished to the garnishee(s).

Dated: February 29, 2008
       New York, New York

2/29/08

SO ORDERED
_____
USDJ

The Plaintiff,
DAEWOO LOGISTICS CORP.

By: _____
Kevin J. Lennon
LENNON, MURPHY & LENNON, LLC
The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
(212) 490-6050
(212) 490-6070 fax
kjl@lenmur.com